

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

## DOCUMENT REJECTION ORDER

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
      NOV 29 2005
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
```

Re:   USA                                     vs.   William Robinson

Case Number:   5:05-cr-322 (NAM)

Papers Rejected:

"Demand Notice," received by the Court 11/21/05 from William Robinson.

**ORDERED** that the enclosed paper(s) in the above-entitled action have been rejected and returned herewith by the Court, for the following reason(s) checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to the Clerk's Office for processing TOGETHER WITH THIS Rejection Order.

1. ☐ The Clerk's Office is unable to determine in which of your cases to file this document. Please indicate the correct case number on the document and resubmit.

2. ☐ Discovery materials are not filed with the clerk unless specifically directed by the court, or when submitted in support of motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. See Local Rule 26.2.

3. ☒ Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). The Clerk's Office will not forward copies of your papers to opposing counsel.

4. ☐ Only original documents will be accepted by the Court for filing.

5. ☐ Original documents cannot be written in pencil. See Local Rule 10.1.

6. ☐ The clerk has been directed to return this document without filing by Order of the court.

7. ☐ An unsigned copy of the proposed amended pleadings must be attached to a motion brought under Rules 14, 15 and 19-22 of the Federal Rules of Civil Procedure. See Local Rule 7.1 (a)(4).

8. [x] Other:
The Court's docket reflects that you are currently represented by Counsel in this action. All communication with the Court must be filed by your counsel of record.

SO ORDERED,

_____
U.S. Magistrate Judge Norman A. Mordue

Dated: _November 29, 2005_

Note: A copy of this Order has been served upon the parties to this action.

Revised: 4/26/01

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. William Pisshard Robinson
CASE NUMBER 05-CR-322 (NAM)

NOTICE TO:

Clerk of Court
United States District Court
100 South Clinton Street
Syracuse, New York 13261-7198

COPIES TO:

Judge Norman A. Mordue
U.S. Attoreny Glenn T. Suddaby
Asst. U.S. Atty. John M. Katko
Council of Record

1. I, William Pisshard Robinson Demand a copy of the grand jury list of jurors.

2. I, William Pisshard Robinson Demand a copy of the petit jury list of jurors.

3. I, William Pisshard Robinson Declare that it is my right according to the 6th Amendment to make this demand.

Signed this NOV day of 3RD 2005

William Pisshard Robinson
All Rights Reserved in Propria Persona